IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANNA L. MCCADD and<br>HAROLD MCCADD, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM T. MURPHY, DAN LACKO,<br>JOHN ELSTNER, DANIEL J. O'TOOLE,<br>and the CITY OF CHICAGO,<br><br>Defendants. | Case No. 09 C 1958<br><br>Judge Manning<br><br>Magistrate Schenkier<br><br>Jury Demand |

## PLAINTIFFS' MOTION FOR ENTRY OF AGREED ORDER OF DISMISSAL AND ENTRY OF JUDGMENT ON FEES AND COSTS

Plaintiffs, ANNA MCCADD and HAROLD MCCADD, by their attorney, KURT H. FEUER, hereby respectfully moves this Court to enter an agreed order for judgment on fees and costs and to dismiss the case, and in support thereof, states as follows:

1. Counsel for the parties have conferred and reached an agreement with respect to Plaintiff's Bill of Costs in this matter and Plaintiffs' counsel's demand for attorney's fees under 42 U.S.C. Section 1988 in the amounts of $2,180.64 and $90,000, respectively.

2. A proposed Agreed Order is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs respectfully this Court to enter an order of judgment for fees and costs in the amount of $92,180.64 and dismissing this matter.

RESPECTFULLY SUBMITTED,

s/ Kurt H. Feuer
Attorney for Plaintiffs

1

Kurt H. Feuer
Law Office of Kurt H. Feuer
312 N. May, Ste. 100
Chicago, IL 60607
(312) 265-2208

## CERTIFICATE OF SERVICE

    I, Kurt Feuer, an attorney, certify that on August 29, 2011, I served by notice of electronic filing the attached motion to counsel of record for Defendants.

                                       s/ Kurt H. Feuer